UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| PHILIC J. CHARVAT and ERIC OLSON, individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH BENEFITS ONE, LLC, a Florida limited liability company, <br><br> Defendant. | **CASE NO. 0:15-cv-61388-KAM** |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between Plaintiffs, Philip J. Charvat and Eric Olson, and Defendant, Health Benefits One, LLC, through their respective counsel, that the Plaintiffs' individual claims set forth in this action be dismissed with prejudice, with each of the respective parties herein to bear their own attorneys' fees and costs unless expressly agreed upon otherwise by the parties. The claims of the putative class are hereby dismissed without prejudice.

Respectfully submitted,

Dated: January 27, 2016     *s/* Scott D. Owens
One of Plaintiffs' Attorneys

Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Dr., Ste.235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

1

                                                                 Bret L. Lusskin, Jr., Esq.
                                                                 BRET LUSSKIN, P.A.
                                                                 20803 Biscayne Blvd., Ste 302
                                                                Aventura, FL 33180
                                                                Tel: 954-454-5841
                                                                Fax: 954-454-5844
                                                                blusskin@lusskinlaw.com

Dated: January 26, 2016                      *s/* Yaniv Adar
                                                                One of Defendant's Attorneys

                                                                Kevin Patrick Jacobs, Esq.
                                                                HOMER BONNER JACOBS, P.A.
                                                                1441 Brickell Avenue
                                                                1200 Four Seasons Tower
                                                                Miami, FL 33131
                                                                Tel: 305-350-5143
                                                                Fax: 305-982-0060
                                                                kjacobs@homerbonner.com

                                                                Yaniv Adar, Esq.
                                                                HOMER BONNER JACOBS, P.A.
                                                                1441 Brickell Avenue
                                                                1200 Four Seasons Tower
                                                                Miami, FL 33131
                                                                Tel: 305-350-5136
                                                                Fax: 305-982-0070
                                                                yadar@homerbonner.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 27, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                                           By:  *s/* Scott D. Owens
                                                                    Scott D. Owens, Esq.