UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61388-CIV-MARRA

PHILIP J. CHARVAT and ERIC OLSON
individually and on behalf of all others
similarly situated,

    Plaintiffs,
vs.

HEALTH BENEFITS ONE, LLC, a Florida
limited company,

    Defendants.
_____/

**ORDER**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal (DE 20). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs' individual claims are dismissed with prejudice.  The claims of the putative class are dismissed without prejudice.

The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 27th day of January, 2016.

_____
KENNETH A. MARRA
United States District Judge